## SOUTHERN RAILWAY CO. V. WEBB.

*Injury to Live Stock.*

(Decided May 10, 1906.   41 So. Rep. 420.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

HUMES & SPEAKE, for appellant.

VIRGIL BOULDEN, for appellee.

Affirmed.

'Opinion by SIMPSON, J.

WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.

---

## MAYHALL V. EDDLEMAN.

*Assumpsit.*

(Decided May 17, 1906.   41 So. Rep. 425.)

APPEAL from Cullman Circuit Court.

Heard before Hon. D. W. SPEAKE.

M. F. PARKER, for appellant.

W. T. L. COFER, for appellee.

Appeal dismissed.

Opinion by HARALSON, J.

WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.